# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITES STATES OF AMERICA,

v.

Case No. 6:24-cr-129-RBD-DCI

MONICSABEL ROMERO SOTO; and
GIOVANY JOEL CRESPO
HERNANDEZ,

_____

## ORDER

Before the Court is the Government's Motion to Dismiss the Indictment (Doc. 20) and Superseding Indictment (Doc. 68). (Doc. 114.) The Government has filed substantially similar charges against Defendants in the Third Superseding Indictment (Doc. 143) in Case No. 6:24-cv-137.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The Government's motion (Doc. 114) is **GRANTED**.

2.    This case is **DISMISSED WITHOUT PREJUDICE**.

3.    The Clerk is **DIRECTED** to terminate all pending motions and deadlines and to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 28, 2025.



ROY B. DALTON, JR.
United States District Judge